456 F.2d 800
 *U. S.
v.
Robinson
 71-2965
 UNITED STATES COURT OF APPEALS Fifth Circuit
 Feb. 14, 1972
 
 1
 N.D.Miss.
 
 
 2
 (citing United States v. Banks, C.A.5, 413 F.2d 435, 437, cert. denied, 1971, 402 U.S. 984, 91 S.Ct. 1670, 29 L.Ed.2d 149; Chaney v. United States, C.A.5, 406 F.2d 809, 813, n.1, cert. denied, 396 U.S. 867, 90 S.Ct. 128, 24 L.Ed.2d 120)
 
 
 3
 ---------------
 
 
 
 * Summary Calendar cases; Rule 18, 5 Cir.,; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of